IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-52-D
No. 7:18-CV-38-D

| | | |
|---|---|---|
| ERIC LARRY WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On March 9, 2018, Eric Larry Washington ("Washington" or "petitioner") filed a motion to vacate under 28 U.S.C. § 2255 [D.E. 81]. On November 5, 2018, and November 9, 2018, Washington filed motions to withdraw his section 2255 motion [D.E. 92, 93]. The motions for leave to withdraw the section 2255 motion are GRANTED.

SO ORDERED. This 13 day of November 2018.

JAMES C. DEVER III
United States District Judge